Certificate Number: 15317-PAM-DE-036970429

Bankruptcy Case Number: 18-03671


15317-PAM-DE-036970429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2022</u>, at <u>8:17</u> o'clock <u>AM PST</u>, <u>Gail A Reichert</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>November 11, 2022</u>        By:    <u>/s/Lea Sorino</u>

                                      Name:  <u>Lea Sorino</u>

                                      Title: <u>Counselor</u>