United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                          Case No. 18-03671-MJC

Frank G. Reichert                                                                          Chapter 13

Gail A. Reichert

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                    Page 1 of 3

Date Rcvd: Jan 23, 2023                      Form ID: 3180W                                      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Frank G. Reichert, 40 Woodland Dr, Thornhurst, PA 18424-8063 |
| jdb | # | Gail A. Reichert, 40 Woodland Dr, Thornhurst, PA 18424-8063 |
| cr | + | LAKE EQUIPMENT LEASING INC, 64 MAIN STREET 2ND FLOOR, MILLBURN, NJ 07041-1306 |
| 5102894 | | ACI Federal Insurance Company, Administrative Concepts, 994 Old Eagle School Rd Ste 1005, Wayne, PA 19087-1802 |
| 5102898 | | Berkheimer, P. O. Box 21450, Lehigh Valley, PA 18002-1450 |
| 5102899 | | Careworks, 35 S Mountain Blvd, Mountain Top, PA 18707-1122 |
| 5102901 | | Geisinger Clinic, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5102900 | | Geisinger Clinic, 100 North Academy Street, Danville, PA 17821-0000 |
| 5102902 | | Geisinger Health System, P. O. Box 27727, Newark, NJ 07101-7727 |
| 5102903 | | Geisinger Indemnity, PO Box 822242, Philadelphia, PA 19182-2242 |
| 5102904 | | Geisinger Medical Center, P. O. Box 828518, Philadelphia, PA 19182-8518 |
| 5102905 | + | Geisinger Wyoming Valley, P. O. Box 827702, Philadelphia, PA 19182-0001 |
| 5102907 | | Lake Leasing, 64 Main St, Millburn, NJ 07041-1306 |
| 5102893 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5102908 | | Members 1st Federal Credit Union, 5000 Drive, Mechanicsburg, PA 17055 |
| 5102913 | # | Pennsylvania Ambulance, LLC, PO Box 629, Scranton, PA 18512-0629 |
| 5102891 | | Reichert Frank G, 40 Woodland Dr, Thornhurst, PA 18424-8063 |
| 5102892 | | Reichert Gail A, 40 Woodland Dr, Thornhurst, PA 18424-8063 |
| 5102915 | | Robert L. Saldutti, Esquire, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |
| 5102916 | | State Dept. Federal Credit Union, 1130 King St, Alexandria, VA 22314-2925 |
| 5102919 | | William Fox, PO Box 709, Scranton, PA 18501-0709 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 23 2023 23:49:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5108913 | | EDI: GMACFS.COM | Jan 23 2023 23:49:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5423739 | + | EDI: AISACG.COM | Jan 23 2023 23:49:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5102895 | | EDI: GMACFS.COM | Jan 23 2023 23:49:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 5102896 | | Email/Text: bankruptcynotices@amazon.com | | |

| Recip ID | | Method/Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 23 2023 18:49:00 | Amazon.Com, PO Box 81226, Seattle, WA 98108-1300 |
| 5102897 | | EDI: BANKAMER.COM | Jan 23 2023 23:49:00 | Bank Of America, PO Box 31785, Tampa, FL 33631-3785 |
| 5129206 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 23 2023 18:49:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 5102906 | | EDI: IRS.COM | Jan 23 2023 23:49:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5111059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 19:00:22 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5102910 | | Email/Text: mmrgbk@miramedrg.com | Jan 23 2023 18:49:00 | MiraMed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5102909 | | Email/Text: mmrgbk@miramedrg.com | Jan 23 2023 18:49:00 | MiraMed Revenue Group, Dept 77304 -, PO Box 77304, Detroit, MI 48277-0304 |
| 5102911 | | EDI: PENNDEPTREV | Jan 23 2023 23:49:00 | PA Dept Of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5102911 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2023 18:49:00 | PA Dept Of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5102914 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2023 18:49:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 5129336 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2023 18:49:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5103466 | + | EDI: RECOVERYCORP.COM | Jan 23 2023 23:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5127107 | + | Email/Text: collection@sdfcu.org | Jan 23 2023 18:49:00 | State Department Federal Credit Union, 1630 King Street, Alexandria, VA 22314-2745 |
| 5102917 | | EDI: RMSC.COM | Jan 23 2023 23:49:00 | Walmart/Synchrony Bank, P. O. Box 530927, Atlanta, GA 30353-0927 |
| 5102918 | | EDI: WFFC.COM | Jan 23 2023 23:49:00 | Wells Fargo, PO Box 17900, Denver, CO 80217-0900 |
| 5128388 | + | EDI: WFFC2 | Jan 23 2023 23:49:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5102912 | ##+ | Patenaude & Félix, A.P.C., Third Floor 4545 Murphy Canyon Road, San Diego, CA 92123-4363 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | |
| | on behalf of Debtor 1 Frank G. Reichert dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | |
| | on behalf of Debtor 2 Gail A. Reichert dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Michael Joshua Shavel | |
| | on behalf of Creditor Carrington Mortgage Services  LLC mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Robert L Saldutti | |
| | on behalf of Creditor LAKE EQUIPMENT LEASING INC rsaldutti@saldutticollect.com  lmarciano@saldutticollect.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Frank G. Reichert** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | **Gail A. Reichert** |
| | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–8919
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–3908
EIN  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:18–bk–03671–MJC

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank G. Reichert

Gail A. Reichert
aka Gail Ann Reichert, fka Gail Murphy

**By the court:**

1/23/23

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**