**Fill in this information to identify the case:**

Debtor 1: Frank G. Reichert

Debtor 2: Gail A. Reichert
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
(State)

Case number: 18-bk-03671-MJC

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 2 7

**Property address:** 164 Woodland Dr
Number   Street

Thornhurst, PA 18424

City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/____ MM / DD / YYYY

*Stay relief granted 5/23/2019. Loan paid in full by virtue of foreclosure proceedings*

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total.** Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/____ MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page **1**

| Debtor 1 | Frank G. Reichert | Case number (*if known*) 18-bk-03671-RNO |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angela C. Pattison
Signature

Date 02/08/2023

Print: Angela C. Pattison
First Name   Middle Name   Last Name

Title: Creditor's Attorney

Company: Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1415 Route 70 East, Suite 309
Number   Street

Cherry Hill, NJ 08034
City   State   ZIP Code

Contact phone (856) 616 – 8086

Email: apattison@hillwallack.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

IN RE:
**Frank G. Reichert and Gail A. Reichert aka Gail Ann Reichert fka Gail Murphy**
    Debtor

**Carrington Mortgage Services, LLC**
    Creditor/Movant

v.

**Frank G. Reichert and Gail A. Reichert aka Gail Ann Reichert fka Gail Murphy**
    Respondent

CHAPTER 13

CASE NO.: **18-bk-03671-RNO**

## ORDER FOR RELIEF

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. §362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 164 Woodland Dr., Thornhurst, PA 18424 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

Dated: May 23, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*                                                        Case No. 18-bk-03671-RNO

**Frank G. Reichert**
**Gail A. Reichert**

                                                                      **Chapter 13**

        **Debtor(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on February  8th  , 2023, a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

                                                                  /s/ Angela C. Pattison
                                                                  Angela C. Pattison
                                                                  Hill Wallack LLP
                                                                  1415 Route 70 East, Suite 309
                                                                  Cherry Hill, NJ 08034

Debtor
Frank G. Reichert
40 Woodland Dr
Thornhurst, PA 18424-8063


Debtor
Gail A. Reichert
40 Woodland Dr
Thornhurst, PA 18424-8063


Debtor's Counsel
David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101